ROGER H. PONCE
PONCE LAW CORP
1424 17th Street
Bakersfield, California 93301
Telephone: (661) 888-2003

Attorney for Defendant
**SAMUEL LOPEZ**

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>Plaintiff,<br>v.<br>**SAMUEL LOPEZ,**<br>Defendant. | **Case Nos.: 1:25-cr-00099-JLT-SAB**<br><br>**REQUEST TO CONTINUE MARSDEN HEARING; ORDER** |

**TO THE HONORABLE STANLEY A. BOONE, UNITED STATES MAGISTRATE JUDGE:**

Counsel for defendant Samuel Lopez respectfully requests that the Marsden hearing presently scheduled for **August 5, 2026, at 1:00 p.m.** be continued to the Court's next available date.

The basis for this request is that undersigned counsel has a previously scheduled and non-refundable commitment to attend the **31st Annual National Federal Habeas Corpus Seminar**, sponsored through the Defender Services Office of the Administrative Office of the United States Courts. Counsel registered for the seminar in May 2026, and travel arrangements were made well before the Court set the Marsden hearing. (See Exhibits 1 and 2). Counsel is scheduled to depart Los Angeles for Nashville on the morning of **August 5, 2026**, and the seminar begins on **August 6, 2026**. *Id.*

Counsel recognizes the importance of promptly addressing Mr. Lopez's request concerning representation and is not seeking delay for tactical purposes. Counsel respectfully requests only a brief

continuance so that both counsel and Mr. Lopez may be present for the hearing and the Court may conduct a complete inquiry.

Counsel has already begun reconstructing the communication history in this matter and intends to meet personally with Mr. Lopez before the continued hearing in an effort to address his concerns and to ensure the Court has a complete record should the hearing proceed.

Accordingly, counsel respectfully requests that the August 5, 2026 hearing be vacated and reset to the Court's next convenient date following counsel's return.

Date: July 28, 2026

*/s/ Roger Humberto Ponce.*
ROGER HUMBERTO PONCE
Attorney for Defendant

**Order**

The Court has reviewed Defendant Samuel Lopez's Request to Continue the Marsden hearing currently set for August 5, 2026, at 1:00 p.m. Good cause appearing, the request is GRANTED.
Accordingly, the Marsden hearing presently set for August 5, 2026, at 1:00 p.m. is VACATED and CONTINUED to August 12, 2026 at 11:30 AM in Courtroom 9 (SAB) before Magistrate Judge Stanley A. Boone.

IT IS SO ORDERED.

Dated: **July 28, 2026**

STANLEY A. BOONE
United States Magistrate Judge