ROGER H. PONCE
PONCE LAW CORP
1424 17th Street
Bakersfield, California 93301
Telephone: (661) 888-2003

Attorney for Defendant
**SAMUEL LOPEZ**

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>Plaintiff,<br>v.<br>**SAMUEL LOPEZ,**<br>Defendant. | **Case Nos.: 1:25-cr-00099-JLT-SAB**<br><br>**REQUEST TO CONTINUE MARSDEN HEARING; ORDER** |

**TO THE HONORABLE STANLEY A. BOONE, UNITED STATES MAGISTRATE JUDGE:**

Counsel for Defendant Samuel Lopez respectfully requests that the hearing presently scheduled for **Wednesday, August 12, 2026, at 11:30 a.m.** be continued to August 17th, 18th, 19th, 24th, 26th, 27th, or the Court's next available date after that, or, in the alternative, that counsel be permitted to appear remotely.

Counsel is grateful to the Court for previously accommodating counsel's schedule and resetting this matter to August 12. Unfortunately, circumstances in counsel's ongoing state-court jury trial have developed in a manner that creates a continuing and unavoidable conflict.

Undersigned counsel is presently trial counsel in *People v. Toscano*, Kern County Superior Court Case No. BF191855A, a three-defendant murder prosecution that has been in trial for nearly three months and is presently in jury deliberations in Department 3 of the Kern County Superior Court.

The jury has already submitted an extraordinary number of notes during deliberations, several of which have required counsel's immediate participation. The trial court has ordered counsel to remain

within approximately thirty minutes of the courthouse while the jury continues to deliberate so that counsel can appear promptly in the event of another jury communication, an issue requiring counsel's presence, or a verdict.

The circumstances became more complicated when a sitting juror was excused and replaced with an alternate. The newly constituted jury has been instructed to begin its deliberations anew. (See Exhibit A). The state-court record reflects that, even before the substitution, jury communications had already required counsels to return to court during deliberations and participate in proceedings concerning jury questions and evidentiary issues.

Counsel is concerned that traveling from Bakersfield to Fresno for the August 12 hearing would place counsel in the untenable position of being unable to comply with the state trial court's express requirement that he remain within approximately thirty minutes of the courthouse, and this court’s order to appear for the *Marsden* hearing. The conflict is particularly difficult to predict because counsel cannot know in advance when the deliberating jury will submit another question or announce that it has reached a verdict.

Counsel recognizes the importance of promptly addressing Mr. Lopez's request concerning representation and does not make this request lightly. Counsel is particularly appreciative that this Court previously accommodated counsel by resetting the hearing to August 12. The present request results solely from the continuing jury deliberations and counsel's obligation to remain immediately available to the state trial court.

Accordingly, counsel respectfully requests that the Court continue the August 12 hearing following completion of jury deliberations. Alternatively, if the Court prefers to proceed on August 12, counsel respectfully requests permission to appear remotely from Bakersfield, which would permit counsel to participate fully in Mr. Lopez's hearing while remaining able to comply with the state trial court's order should counsel's presence be required.

Date: August 11, 2026

*/s/ Roger Humberto Ponce.*
ROGER HUMBERTO PONCE
Attorney for Defendant

**ORDER**

The Court has reviewed Defendant Samuel Lopez's Request to Continue the Marsden hearing currently set for August 12, 2026, at 11:30 a.m. Good cause appearing, the request is GRANTED. Accordingly, the Marsden hearing presently set for August 12, 2026, at 11:30 a.m. is VACATED and CONTINUED to August 28, 2026 at 2:00 p.m. in Courtroom 9 (SAB) before Magistrate Judge Stanley A. Boone. The Defendant and Counsel are to appear in person.

IT IS SO ORDERED.

Dated: **August 11, 2026**

STANLEY A. BOONE
United States Magistrate Judge